

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.D., a Minor Child

No. 06-13-00112-CV

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 97-CS-085). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we dismiss for want of jurisdiction the portions of Appellant's appeal attacking the underlying order for vagueness and the length of sentence. Having overruled the remainder of Appellant's issues, we affirm the trial court's order revoking his community supervision.

We further order that the appellant, John Henry Dupree, pay all costs of this appeal.

RENDERED JULY 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk